UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN - 8 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE MATTER OF THE            )
APPLICATION OF THE UNITED       )
STATES OF AMERICA FOR AN        )
ORDER AUTHORIZING THE           )
INSTALLATION AND USE OF A       )   MISC. NO. 2:18-00097
PEN REGISTER AND TRAP AND       )
TRACE DEVICE ON TELEPHONE       )
NUMBER                          )
(304-483-4523)

## APPLICATION

Joshua C. Hanks, an attorney for the United States Department of Justice, hereby applies to the Court for an order authorizing the installation and use of a pen register and a trap and trace device (including caller identification/caller identification deluxe feature) on telephone number 304-483-4523.

In support of this application, Applicant states the following:

1. Applicant is an "attorney for the government" as defined in Rule 1(b)(1) of the Federal Rules of Criminal Procedure, and therefore, pursuant to Section 3122 of Title 18, United States Code, may apply for an order authorizing the installation and use of a pen register and a trap and trace device (including caller identification/caller identification deluxe feature.)

2. Applicant certifies that the Federal Bureau of Investigation is conducting a criminal investigation of MICHAEL RHODES and others as yet unknown in connection with possible violations of 21 U.S.C. § 846, conspiracy to distribute

methamphetamine; that it is believed that the subjects of the investigation are using telephone number 304-483-4523, with cellular service provided by Verizon, in furtherance of the subject offenses; and that the information likely to be obtained from the pen register and a trap and trace device (including caller identification/caller identification deluxe feature) is relevant to the ongoing criminal investigation.

3. Applicant requests that the Court issue an order authorizing the installation and use of a pen register to record and decode dialing, routing, addressing, and signaling information transmitted from telephone number 304-483-4523, including the numbers dialed or otherwise transmitted and the date and time of such dialing or transmission, for a period of sixty (60) days from the date of the installation of the pen register.

4. Applicant further requests that the Court issue an order authorizing the installation and use of a trap and trace device (including caller identification/caller identification deluxe feature) to capture without geographic limit the incoming electronic and other impulses which identify the originating number and other dialing, routing, addressing, and signaling information reasonably likely to identify the source of incoming calls to telephone number 304-483-4523 for a period of sixty (60) days from the date of the installation of the trap and trace device

(including caller identification/caller identification deluxe feature.)

5. Applicant further requests that should the telephone number listed above be changed by the subscriber during the effective period by any order granted as a result of this application, that the pen register and trap and trace device remain in effect throughout the effective period of such order for the subsequent, replacement number or numbers, provided that the subscriber information remains the same as set forth above.

6. Applicant further requests that the order direct that Verizon and any other person or entity providing wire or electronic communication service in the United States whose assistance may facilitate the execution of the order furnish all information, facilities, and technical assistance necessary to accomplish the installation of the pen register and the trap and trace device (including caller identification/caller identification deluxe feature) unobtrusively and with a minimum of interference, with reasonable compensation to be paid by the United States for reasonable expenses incurred in providing such facilities and assistance.

7. Applicant further requests that the order direct Verizon and any other person or entity providing wire or electronic communication service in the United States whose assistance may facilitate the execution of the order to provide subscriber and

billing information for any numbers dialed and pulsed from and to the above-referenced telephone number and to provide all information regarding any special features (such as "call forwarding" and "speed dialing") for the above-referenced number, including the subscriber and billing information for any numbers to which calls from the above-described number are directed.

WHEREFORE, it is respectfully requested that the Court grant an order (1) authorizing the installation and use of a pen register and a trap and trace device (including caller identification/caller identification deluxe feature) feature regarding telephone number 304-483-4523 as described above, (2) directing that Verizon and any other person or entity providing wire or electronic communication service in the United States whose assistance may facilitate the execution of the order to forthwith furnish agents of the Federal Bureau of Investigation with all information, facilities and technical assistance necessary to accomplish the installation and use of the device unobtrusively and with minimum interference to the service presently accorded persons whose telephone number is the subject of the pen register and the trap and trace device (including caller identification/caller identification deluxe feature), (3) ordering that the subscriber, billing, and other information requested above be provided, and (4) sealing this application and the Court's order and directing that any person ordered to provide assistance

to Applicant shall not disclose the existence of the pen register and trap and trace device (including caller identification/caller identification deluxe feature) or of the investigation unless or until otherwise ordered by this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/7/18.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

_____
JOSHUA C. HANKS
Assistant United States Attorney
WV Bar No. 8550
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5705
Email: josh.hanks@usdoj.gov